IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4-23CR-310-P |
| RUTH CHIEGO (01) | |

## INFORMATION

The United States Attorney charges:

### Count One
### Federal Program Theft
(Violation of 18 U.S.C. § 666(a)(1)(A))

From in or about July 2019 to in or about October 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Ruth Chiego**, being an agent of the City of Grapevine, Texas, a local government receiving benefits in excess of $10,000 from a grant and other form of federal assistance in the one year period beginning on January 1, 2020, knowingly embezzled, stole, obtained by fraud, and intentionally misapplied property worth at least $5,000, owned by and under the care, custody and control of such local government, in that **Chiego** submitted claims for reimbursement for unauthorized personal expenditures under false pretenses and falsely claiming that the expenditures were for business purposes.

Information - Page 1

All in violation of 18 U.S.C. § 666(a)(1)(A).

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Matthew Weybrecht

MATTHEW WEYBRECHT
Assistant United States Attorney
State Bar of Texas No. 24102642
Telephone: 817-252-5200
Fax: 817-252-5455
matthew.weybrecht@usdoj.gov
